**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Sent:** Sunday, September 27, 2026 3:07 PM
**To:** CASDdb_interdistricttransfer_casd
**Subject:** Transferred case has been opened

CASE: 3:25-cv-02917

DETAILS: Case transferred from California Southern has been opened in Southern District of New York as case 1:26-cv-08438, filed 09/27/2026.